IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Terri L. Alexander, | CIVIL NO.: 1:12-cv-00693-HZ |
|     Plaintiff | |
| v. | |
| COMMISSIONER,<br>Social Security Administration | ORDER |
|     Defendant. | |

As authorized by 28 U.S.C. § 2412 and 1920 and subject to the terms of the stipulation of the parties, it is hereby ORDERED that the attorney fees in the amount of $5253.12 and expenses in the amount of $20.40 for certified mailings be awarded to Plaintiff pursuant to *Astrue v. Ratliff,* 130 S.Ct.2521 (2010).

IT IS SO ORDERED this  1  day of ~~June~~ July, 2013.

_____
MARCO A. HERNANDEZ
United States District Judge

PRESENTED BY:

/s/ Arthur W. Stevens III
ARTHUR W. STEVENS III    OSB#850857
BLACK, CHAPMAN, WEBBER & STEVENS
221 Stewart Ave., Suite #209
Medford, OR 97501
    Attorney for Plaintiff

- 1 - ORDER

BLACK, CHAPMAN, WEBBER & STEVENS
ATTORNEYS AT LAW
221 Stewart Ave., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
stevens@blackchapman.com